UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Kevin M. Rumrill

          v.                          Civil No. 10-cv-292-LM

Monro Muffler Brake, Inc.


O R D E R

On today's date, a preliminary pretrial conference was held via telephone in this case.  Attorney Heather M. Burns appeared for plaintiff, and Attorney Debra Weiss Ford appeared for defendant.  The court approves the proposed Discovery Plan (document no. 10) with the following amendment:

- Trial shall occur during the two-week period beginning February 7, 2012.

The parties concurred with respect to this amendment.

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  November 23, 2010

cc:  Heather M. Burns, Esq.
     Debra Weiss Ford, Esq.
     Lauren S. Irwin, Esq.